IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



| UNITED STATES OF AMERICA, | CR 16–17–BU–DLC-03 |
| --- | --- |
| Plaintiff, | |
| vs. | ORDER |
| CLIFTON DAVID STACK, | |
| Defendant. | |

On March 6, 2017, the Court ordered Defendant Clifton David Stack to show cause why his *ex parte* motion for the issuance of writs and subpoenas, and the payment of witness fees by the United States Marshal (Doc. 151) and the Court's Order granting the motion (Doc. 152) should remained sealed. Defendant's response was due March 14, 2017. Because Defendant has failed to respond, the Court will now unseal both the motion and the Order granting the motion.

IT IS ORDERED that the Clerk of Court will UNSEAL Defendant Clifton David Stack's *ex parte* motion for the issuance of writs and subpoenas (Doc. 151) and the Court's Order granting the motion (Doc. 152).

1

Dated this 16th day of March, 2017.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court